Aug. 1, 1979.

422 A.2d 680

Commonwealth v. Antoniotti, Appellant.

Submitted October 26, 1978.   Norman A. Levine, Public Defender, for appellant;  Donald E. Williams, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.

422 A.2d 680

Commonwealth v. Redshaw, Appellant.

Submitted October 26, 1978.   Lester G. Nauhaus, Public Defender, for appellant;  Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

The appeal at No. 426 April Term, 1978 is hereby quashed.